# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JONATHAN R. BARKHORN, | : | Civil No. 1:18-CV-02173 |
| Plaintiff, | : | |
| v. | : | |
| THE ESTATE OF BRIAN P. SHILEY, JR., and JOHN DOE 1-10 (a fictitious designation), | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 14th day of July, 2020, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT** the Defendant's second motion for sanctions is **GRANTED** (Doc. 44) and the complaint is dismissed with prejudice. The Clerk of Court is directed to close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania